## STATE OF CONNECTICUT *v.* RICCARDO ST. CYR

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 189 (AC 27188), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Dante R. Gallucci*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided May 8, 2007

ROGERS, C. J., did not participate in the consideration or decision of this petition.